■  In the Matter of the Accounting of JOHN A. READ, as Surviving Trustee of the Trusts under the Will of ALICE E. WILHELM, Deceased. (Appeal No. 2.)—Motion for leave to appeal to the Court of Appeals granted. Same memorandum as in the *Matter of Wilhelm,* 60 AD2d 32). Present— Moule, J. P., Cardamone, Simons, Hancock, Jr., and Denman, JJ.